IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01751-WDM-BNB

MOHAMAD ABDELAZIM,
BABIKIR AHMED,
MUTAZ IDRIS,
QASSIM ALSAMIR, and
JALAL ALENEZY,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
MARIO ORTIZ, District Director, United States Department of Homeland Security, Denver, Colorado, and
FEDERAL BUREAU OF INVESTIGATION,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference, during which I made certain rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the defendants shall respond to the Complaint for Writ of mandamus on or before **January 24, 2007**.

IT IS FURTHER ORDERED that a status conference is set for **January 18, 2007, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated October 24, 2006.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge