IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01751-WDM-BNB

MOHAMED ABDELAZIM, et al.,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY**

---

The court takes judicial notice that the parties have filed a Motion to Dismiss All Claims by the Following Plaintiffs" (1) Mohamed Abdelazim; (2) Babikir Ahmed; and (3) Mutaz Idiris by Stipulation of the Parties in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims of (1) Mohamed Abdelazim; (2) Babikir Ahmed; and (3) Mutaz Idiris are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 24, 2006.

                                                BY THE COURT:

                                                s/ Walker D. Miller
                                                United States District Judge

PDF FINAL